STATE OF NEW JERSEY v. FERNANDO HUERTAS.

September 26, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. MARION JACOBS.

September 26, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. WILFRED MEJIAS.

September 26, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES WILLIAMS.

September 26, 1989.

Petition for certification denied.